CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**Plaintiff:** Princess-Maria Spencer

**v.**

**Defendant:** 31 Cases

**CASE NO:**
- 1:25:CV-00011
- 1:25:CV-00012
- 1:25:CV-00013
- 1:25:CV-00014
- 1:25:CV-00095
- 1:25:CV-00097
- 1:25:CV-00098
- 1:25-CV-0009
- 1:25-CV-0010
- 1:25-CV-0012
- 1:25-CV-0012?
- 1:25-CV-00123
- 1:25-CV-0013
- 1:25-CV-00132
- 1:24-cv-02387
- 1:25-CV-00446
- 1:25-CV-00426
- 1:25-CV-00424
- 1:25-CV-00442
- 1:25-CV-00443
- 1:25-CV-00445
- 1:25-CV-00490
- 1:25-CV-00491
- 1:25-CV-00492
- 1:25-CV-00493
- 1:25-CV-00494
- 1:25-CV-00495
- 1:25-CV-00523
- 1:25-CV-00524
- 1:25-CV-00526
- 1:25-CV-00528
- 1:25-CV-00569
- 1:25-CV-00269
- 1:25-CV-00270
- 1:25-CV-00148

## CHANGE OF MAILING ADDRESS

1. This change of mailing address is requested by: ☒ Plaintiff ☐ Defendant

2. **Old Address:**
   - Name(s): Princess Maria Spencer
   - Mailing Address: 6010 Georgia Ave NW
   - City, State, Zip Code: Washington, DC 20011
   
   PMS Memphis, TN

3. **New Address:**
   - Name(s): Princess-Maria Spencer
   - Mailing Address: 1740 West Belmont Circle
   - City, State, Zip Code: Memphis, TN 38108
   - Telephone Number(s): 901-801-2720

Date: 04/17/2025

Requestor's printed name(s): Princess-Maria Spencer

Requestor's signature(s): Maria / Princess Spencer

RECEIVED
APR 17 2025
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

New: 06/21/2022